DAVID S. LEE, ESQ.
Nevada Bar No. 6033
CHARLENE N. RENWICK, ESQ.
Nevada Bar No. 10165
**LEE, HERNANDEZ, BROOKS,
GAROFALO & BLAKE**
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
(702) 880-9750
Fax: (702) 314-1210
dlee@lee-lawfirm.com
crenwick@lee-lawfirm.com

Attorneys for Plaintiff,
GARY L. KENT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GARY L. KENT, individually,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP., a California corporation; OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; FIDELITY NATIONAL DEFAULT SOLUTIONS, INC., a corporation of unknown origin; DOES I through X, inclusive; and ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-01869-RLH-RJJ<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF TEMPORARY RESTRAINING ORDER AND DISMISSAL OF COMPLAINT**<br><br><br><br><br>Hearing Date:<br>Hearing Time: |

**STIPULATION AND ORDER FOR WITHDRAWAL OF
TEMPORARY RESTRAINING ORDER AND DISMISSAL OF COMPLAINT**

IT IS HEREBY STIPULATED and AGREED to by and between: Plaintiff GARY L. KENT (hereinafter referred to as "Plaintiff"), by and through his attorneys of record, David S. Lee, Esq. and Charlene N. Renwick, Esq.; QUALITY LOAN SERVICE, CORP. (hereinafter referred to as "Quality Loan"), by and through its attorneys Kirsten Schuler-Hintz, Esq., and Christopher M. Hunter, Esq.; and Defendant OCWEN LOAN SERVICING, LLC (hereinafter referred to as "Ocwen"), by and through its attorneys, Jeffrey S. Allison, Esq. as follows:

1. On October 13, 2010, Plaintiff filed a Verified Complaint against Quality Loan, Ocwen, and Fidelity National Default Solutions, Inc. Quality Loan, Ocwen and Fidelity National Default Solutions, Inc. are hereinafter collectively referred to as "Defendants."

2. On October 13, 2010, contemporaneously with the above referenced Complaint, Plaintiff filed an Ex Parte Motion for Emergency Restraining Order, or Alternatively, Preliminary Injunction on Order Shortening Time in the Eighth Judicial District Court of Nevada, case number A-10-627157-C, seeking to preclude Defendants from conducting the October 18, 2010 Trustee's Sale, whereby Defendants intended to sell Plaintiff's residence, located at 4566 Barnes Court, Las Vegas, Nevada 89147 (hereinafter referred to as the "Subject Property").

3. On October 13, 2010, the Court issued an Order Granting Emergency Ex Parte Restraining Order and/or Preliminary Injunction precluding Defendants from selling the Subject Property until further Order of the Court. The Court scheduled a hearing on the matter for October 26, 2010.

4. The pending foreclosure sale was cancelled subject to renoticing.

5. On October 25, 2010, Defendant Ocwen petitioned the United States District Court for the District of Nevada for removal of case number A-10-627157-C based on diversity.

6. Counsel for Plaintiff and Defendants Quality Loan and Ocwen subsequently stipulated to resolve this matter in order to avoid litigation.

7. As a result, Plaintiff hereby agrees to withdraw the Restraining Order and/or Preliminary Injunction granted by the District Court on October 13, 2010. Plaintiff further agrees to voluntarily dismiss, without prejudice, the underlying Complaint against Defendants, which will be converted to a dismissal with prejudice after January 17, 2011.

8. In exchange for said withdrawal and dismissal, Defendants hereby agree that any subsequent sale of the Subject Property by Defendants shall not be held before January 17, 2011 and that Defendants will provide Plaintiff with the requisite statutory notice of sale under NRS Chapter 107.080 and NRS Chapter 107.085.

9. Plaintiff and Defendants agree that the $1,500.00 bond submitted to the Court by Plaintiff under NRCP 65 (c) shall be returned to Plaintiff in full.

10. Plaintiff and Defendants agree to bear their own attorney's fees and costs incurred in this matter.

**IT IS SO STIPULATED.**

DATED this 28th day of October, 2010.    DATED this 27th day of October, 2010.

**LEE, HERNANDEZ, BROOKS,**             **HOUSER & ALLISON**
**GAROFALO & BLAKE**

/s/ Charlene N. Renwick, Esq.            /s/ Jeffrey S. Allison, Esq.

DAVID S. LEE, ESQ.                       JEFFREY S. ALLISON, ESQ.
Nevada Bar No. 6033                      Nevada Bar No. 8949
CHARLENE N. RENWICK, ESQ.                9970 Research Drive
Nevada Bar No. 10165                     Irvine, California 92618
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128

Attorneys for Plaintiff                  Attorney for Ocwen Loan Servicing, LLC

DATED this 27th day of October, 2010.

**McCARTHY & HOLTHUS, LLP**

/s/ Kirsten Schuler-Hintz, Esq.

KIRSTEN SCHULER-HINTZ
Nevada Bar No. 7171
CHRISTOPHER M. HUNTER
Nevada Bar No. 8127
9510 West Sahara Ave, Suite 110
Las Vegas, Nevada 89117

Attorneys for Quality Loan Service, Corp.

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: _____October 29_____, 2010